No. 866, Misc. BURRIS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 879, Misc. SCHMIDT v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 891, Misc. EDMONDSON v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 755, Misc. SHARROW v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 858, Misc. MALORY v. McGETTRICK, SHERIFF OF CUYAHOGA COUNTY, OHIO. Motion of the National Lawyers Guild for leave to file a brief, as *amicus curiae,* granted. Motion of the American Civil Liberties Union et al. for leave to file a brief, as *amici curiae,* granted. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Walter S. Haffner* for petitioner. *John T. Corrigan* and *Harvey R. Monck* for respondent. *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for the State of North Carolina, as *amicus curiae,* in opposition. *Norman Leonard* for the National Lawyers Guild, as *amicus curiae,* in support of the petition. *Melvin L. Wulf* and *Ralph Rudd* for the American Civil Liberties Union et al., as *amici curiae,* in support of the petition.